IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MACK HENRY LOTT,

   Petitioner,

    v.

GREGORY MCLAUGHLIN,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-198-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending that the action be dismissed as successive. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 8 day of October, 2014.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge